FILED
May 24, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NAZARET SALMANYAN, ) <br> ) <br> Defendant. ) | Case No. 2:08-CR-0427-MCE <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  NAZARET SALMANYAN , Case No.  2:08-CR-0427-MCE  , Charge  Title 18 USC § 1347  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __    Release on Personal Recognizance

     X    Bail Posted in the Sum of $ 25,000.00

     X    Unsecured Appearance Bond

     __    Appearance Bond with 10% Deposit

     __    Appearance Bond with Surety

     __    Corporate Surety Bail Bond

     X    (Other)  Pretrial Services Supervision of Conditions.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 24, 2010  at  3:30  pm .

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge