```
                                                        FILED
                                                     May 24, 2010
       UNITED STATES DISTRICT COURT FOR THE
                                                 CLERK, US DISTRICT COURT
                                                  EASTERN DISTRICT OF
          EASTERN DISTRICT OF CALIFORNIA              CALIFORNIA
                                                       DEPUTY CLERK
```

UNITED STATES OF AMERICA,          )
                                   )     Case No. 2:08-CR-0427-MCE
          Plaintiff,               )
v.                                 )     ORDER FOR RELEASE OF
                                   )     PERSON IN CUSTODY
NAZARET SALMANYAN,                 )
                                   )
          Defendant.                )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  NAZARET SALMANYAN , Case No.  2:08-CR-0427-MCE  , Charge  Title 18 USC § 1347  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    X  Bail Posted in the Sum of $ 25,000.00

        X  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        X  (Other)  Pretrial Services Supervision of Conditions.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 24, 2010  at  3:30  pm .

By _____
Dale A. Drozd
United States Magistrate Judge