

**FILED**

AUG 13 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone: (916) 422-4022
Attorney for Defendant Nazaret Salmanyan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )  Case No.: CR-S-08-0427-MCE
                                     )
            Plaintiff,               )  APPLICATION AND ORDER ALLOWING
                                     )  DEFENDANT TO TRAVEL TO THE
     v.                              )  NORTHERN DISTRICT OF CALIFORNIA
                                     )
NAZARET SALMANYAN,                   )
                                     )
            Defendant                )
_____)

**IT IS HEREBY REQUESTED BY AND AMONG ALL PARTIES** that Nazaret Salmanyan be permitted to travel to the Northern District of California. Mr. Salmanyan travels to the Northern District periodically in his capacity as manager for K-Mart Stores. Mr. Salmanyan's business trips are only day trips and he never stays overnight. Ty Gaskins, his pre-trial services officer, does not have any objections to Mr. Salmanyan traveling to the Northern District for work and has stated that she does not believe that he is a flight risk. Assistant United States Attorney, Phillip Ferrari, is aware of this request and does not have any objections.

DATE: August 13, 2010                    /s/ Thomas A. Johnson
                                         THOMAS A. JOHNSON
                                         Attorney for Defendant
                                         NAZARET SALMANYAN

DATE: August 13, 2010                    BENJAMIN B. WAGNER
                                         United States Attorney

STIPULATION AND ORDER              - 1 -

1                                                            By:    /s/  Phillip Ferrari
2                                                                          PHILLIP FERRARI
                                                                           Assistant U.S. Attorney

3

4    **IT IS SO ORDERED.**

5

6 Dated:  8/13/10

7

8

9                                                   HON. DALE A. DROZD
10                                                  United States Magistrate

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER        - 2 -