THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Nazaret Salmanyan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NAZARET SALMANYAN,<br><br>　　　　Defendant | Case No.: 2:08-cr-00427-MCE<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:　October 20, 2011<br>Time:　9:00 a.m.<br>Judge:　Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for July 28, 2011 at 9:00 a.m. is continued to October 20, 2011 at 9:00 a.m. in the same courtroom.  Philip A. Ferrari, Assistant United States Attorney and Thomas A. Johnson, Defendant's attorney both agree to this continuance.

　　　It is further stipulated that the period from the date of this stipulation through and including October 20, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATED: July 13, 2011         By:    /s/  Thomas A. Johnson
                                            THOMAS A. JOHNSON
                                            Attorney for Defendant
                                            NAZARET SALMANYAN

DATED: July 13, 2011                BENJAMIN WAGNER
                                            United States Attorney

                                     By:    /s/ Thomas A. Johnson for
                                            Philip A. Ferrari
                                            Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED that the Judgment and Sentencing scheduled for Thursday, July 28, 2011 at 9:00 a.m. be continued to Thursday, October 20, 2011 at 9:00 a.m. and that the period from July 28, 2011 to October 20, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and local rule T4.  The Court specifically finds that the ends of justice served by taking the action ordered outweigh the best interest of the public and the defendant in a speedy trial.

**Date:  7/15/2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE