THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Nazaret Salmanyan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:08-cr-00427-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO |
|  | ) JUDGMENT AND SENTENCING |
| v. | ) |
| NAZARET SALMANYAN, et. al, | ) Date: January 26, 2012 |
|  | ) Time: 9:00 a.m. |
| Defendants. | ) Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for October 20, 2011 at 9:00 a.m. is continued to January 26, 2012 at 9:00 a.m. in the same courtroom. Philip A. Ferrari, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.

**IT IS SO STIPULATED.**

DATED: October 18, 2011          By:    /s/ Thomas A. Johnson
                                        THOMAS A. JOHNSON
                                        Attorney for Defendant
                                        NAZARET SALMANYAN

DATED: October 18, 2011                 BENJAMIN WAGNER
                                        United States Attorney

                                 By:    /s/ Thomas A. Johnson for
                                        Philip A. Ferrari
                                        Assistant U.S. Attorney

   **IT IS SO ORDERED.**

Dated: October 19, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 1 -