THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Nazaret Salmanyan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NAZARET SALMANYAN, et. al,<br><br>Defendants. | Case No.: 2:08-cr-00427-MCE<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:      April 26, 2012<br>Time:      9:00 a.m.<br>Judge:    Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

Judgment and Sentencing scheduled for January 26, 2012 at 9:00 a.m. is continued to

April 26, 2012 at 9:00 a.m. in the same courtroom.  Philip A. Ferrari, Assistant United

States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this

continuance.

**IT IS SO STIPULATED.**

DATED:  January 18, 2012          By:      /s/  Thomas A. Johnson_____
                                                    THOMAS A. JOHNSON
                                                    Attorney for Defendant
                                                    NAZARET SALMANYAN

- 1 -

DATED:  January 18, 2012

BENJAMIN WAGNER
United States Attorney

By:  /s/ Thomas A. Johnson for
Philip A. Ferrari
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  January 23, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE