1  THOMAS A. JOHNSON, #119203
2  400 Capitol Mall, Suite 1620
   Sacramento, California  95814
3  Telephone:  (916) 422-4022
4  Attorney for Defendant Nazaret Salmanyan

5  IN THE UNITED STATES DISTRICT COURT

6  FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,                )  Case No.: 2:08-cr-00427-MCE
                                            )
9           Plaintiff,                      )  STIPULATION AND ORDER TO
                                            )  CONTINUE JUDGMENT AND
10     v.                                   )  SENTENCING
                                            )
11 NAZARET SALMANYAN, et. al,               )  Date:   August 30, 2012
                                            )  Time:   9:00 a.m.
12          Defendants.                     )  Judge:  Hon. Morrison C. England, Jr.
                                            )

13

14     **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

15 Judgment and Sentencing scheduled for April 26, 2012 at 9:00 a.m. is continued to

16 August 30, 2012 at 9:00 a.m. in the same courtroom.  Philip A. Ferrari, Assistant United

17 States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this

18 continuance.

19 **IT IS SO STIPULATED.**

20 DATED:  April 23, 2012          By:   /s/  Thomas A. Johnson
                                         THOMAS A. JOHNSON
21                                       Attorney for Defendant
22                                       NAZARET SALMANYAN

23 DATED:  April 23, 2012                BENJAMIN WAGNER
                                         United States Attorney

24                                 By:   /s/ Thomas A. Johnson for
25                                       Philip A. Ferrari
                                         Assistant U.S. Attorney

26 **IT IS SO ORDERED.**

27 DATED:  April 27, 2012

28                                       _____
                                         MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER          - 1 -