```
 1  THOMAS A. JOHNSON, #119203
    400 Capitol Mall, Suite 1620
 2  Sacramento, California  95814
    Telephone:  (916) 422-4022
 3  Attorney for Defendant Nazaret Salmanyan
 4
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:08-cr-00427-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| NAZARET SALMANYAN, et. al, | Date: November 29, 2012<br>Time: 9:00 a.m. |
| Defendants. | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for November 29, 2012 at 9:00 a.m. is continued to May 23, 2013 at 9:00 a.m. in the same courtroom.  Philip A. Ferrari, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.

**IT IS SO STIPULATED.**


DATED:  November 20, 2012          By:    /s/  Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for Defendant
                                          NAZARET SALMANYAN

STIPULATION AND ORDER        - 1 -

1  DATED: November 20, 2012            BENJAMIN WAGNER
                                       United States Attorney
2
                                 By:   /s/ Thomas A. Johnson for
3                                      Philip A. Ferrari
                                       Assistant U.S. Attorney
4

**IT IS SO ORDERED.**

Dated: November 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE