THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Nazaret Salmanyan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NAZARET SALMANYAN,<br><br>　　　　　Defendant. | Case No.: 2:08-cr-00427-MCE<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:　November 14, 2013<br>Time:　9:00 a.m.<br>Judge:　Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for October 31, 2013 at 9:00 a.m. is continued to November 14, 2013 at 9:00 a.m. in the same courtroom. Philip A. Ferrari, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.

**IT IS SO STIPULATED.**


DATED: September 20, 2013　　　　By:　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　NAZARET SALMANYAN


DATED: September 20, 2013　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　/s/ Thomas A. Johnson for
　　　　　　　　　　　　　　　　　　　　Philip A. Ferrari
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1  The Judgment and Sentencing will be set for November 14, 2013 at 9:00 a.m. in
2  Courtroom 7.
3  **IT IS SO ORDERED.**
4  Dated: September 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT